# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACEY E. TURLEY,<br>CDCR #BF-8128<br><br>                              Plaintiff,<br><br>vs.<br><br>LOPEZ, Correctional Officer; GARCIA, Correctional Officer; COYLE, Correctional Officer; ROCHA, Correctional Officer,<br><br>                              Defendants. | Case No.: 3:22-cv-1718-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

On October 31, 2022, Plaintiff Macey E. Turley, a state inmate currently incarcerated at California State Prison, Corcoran and proceeding pro se, filed a Complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

All parties instituting any civil action, suit, or proceeding other than an application for writ of habeas corpus in a district court of the United States must pay a filing fee of

$402. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). However, a plaintiff who is a prisoner remains obligated to pay the entire filing fee in "increments," *see Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015), regardless of whether the case is ultimately dismissed, even if the plaintiff is granted IFP status. See 28 U.S.C. §§ 1915(b)(1) and (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

Plaintiff has not prepaid the $402 civil filing fee required by 28 U.S.C. § 1914(a) and has not filed a motion to proceed IFP pursuant to 28 U.S.C. § 1915(a). Therefore, his case cannot yet proceed. *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

IT IS HEREBY ORDERED that this action is dismissed without prejudice for Plaintiff's failure to pay the $402 civil filing and administrative fee or submit a motion to proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a). The Court grants Plaintiff **thirty (30) days** leave from the date this Order is filed to: (a) prepay the entire $402 civil filing and administrative fee in full; or (b) complete and file a motion to proceed IFP, including a certified copy of Plaintiff's trust account statement for the 6-month period preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); S.D. Cal. CivLR 3.2(b).

///
///
///
///
///
///

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $52. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020). The additional $52 administrative fee does not apply to persons granted leave to proceed IFP. *See id.*

IT IS FURTHER ORDERED that the Clerk of the Court shall provide Plaintiff with this Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*." If Plaintiff fails to either prepay the $402 civil filing fee or complete and submit the enclosed motion to proceed IFP within thirty days, this action will remain dismissed without prejudice based on Plaintiff's failure to satisfy the fee requirements of 28 U.S.C. § 1914(a) and without further Order of the Court.a

Dated: November 30, 2022

Hon. William Q. Hayes
United States District Court